# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.	CASE NO: 8:16-cr-365-T-35TBM

**WILLIAM A. DENNIS**

## ORDER

THIS CAUSE is before the Court on the **Defendant's Opposed Motion for Early Termination of Supervised Release. (Dkt. 126)** Defendant offers no compelling basis for the early termination of supervised release.

Accordingly, it is **ORDERED** as follows:

1. The **Defendant's Opposed Motion for Early Termination of Supervised Release** is hereby **DENIED**.

**DONE and ORDERED** in Tampa, Florida, this 17th day of December, 2020.

*/s/ Mary S. Scriven*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:	Counsel of Record
U.S. Marshal Service
U.S. Probation Office
U.S. Pretrial